AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-CV-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Wayaca, LLC.**
was received by me on **7/24/2026:**

☐ I personally served the **Complaint; Summons; CIVIL COVER SHEET; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Celina Moreno**, who is designated by law to accept service of process on behalf of **Wayaca, LLC.** at **217 Virens Dr, Cary, NC 27511-2301** on **07/24/2026 at 11:38 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 155.00** for services, for a total of **$ 155.00**.

I declare under penalty of perjury that this information is true.

Date: 07/24/2026

[signature]

*Server's signature*

**Olawole Kalejaiye**

*Printed name and title*

**1505 gorman street**
**Apt C**
**Raleigh, NC 27606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; CIVIL COVER SHEET; EXHIBITS, to Celina Moreno, MANAGER with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a Hispanic female contact 35-45 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**

Tracking #: **0233956214**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **BitSource, LLC.**
was received by me on **7/20/2026:**

☐ I personally served the **Summons; Compalint; Civil Case Cover Sheet** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **A Registered Agent, Inc.**, who is designated by law to accept service of process on behalf of **BitSource, LLC.** at **8 The Green Suite A, Dover, DE 19901** on **07/21/2026 at 12:23 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 185.00** for services, for a total of **$ 185.00**.

I declare under penalty of perjury that this information is true.

Date: 07/21/2026

[signature]
*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy**
**Lewes, DE 19958**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Compalint; Civil Case Cover Sheet, to A Registered Agent, Inc., Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with a tattoo. Successfully served. Alyssa Daniels was the authorized individual.**

Tracking #: **0233376832**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Anthropos, LLC.**
was received by me on **7/20/2026:**

☐ I personally served the **Exhibits; Complaint; Summons; Civil Case Cover Sheet** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **James Deals**, who is designated by law to accept service of process on behalf of **Anthropos, LLC.** at **30 N Gould St Suite R, Sheridan, WY 82801-6317** on **07/21/2026 at 9:26 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date: 07/21/2026

[signature]

*Server's signature*

**Sandra Johnson**

*Printed name and title*

**1541 N Heights Rd**
**Sheridan, WY 82801**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibits; Complaint; Summons; Civil Case Cover Sheet, to James Deals who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 6'2"-6'6" tall and weighing 240-300 lbs with glasses.**

Tracking #: **0233365382**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-CV-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **GUST DELAWARE, INC. ATTN: Thinkable Holdings, Inc.**
was received by me on **7/20/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Allison Rathmanner**, who is designated by law to accept service of process on behalf of **GUST DELAWARE, INC. ATTN: Thinkable Holdings, Inc.** at **16192 Coastal Hwy, Lewes, DE 19958-3608** on **07/21/2026 at 12:10 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 185.00** for services, for a total of **$ 185.00**.

I declare under penalty of perjury that this information is true.

Date: 07/21/2026

[signature]

*Server's signature*

**Marc-Olivier Pashko**

*Printed name and title*

**18766 John J Williams Hwy unit 4**
**Ste 187**
**Rehoboth Beach, DE 19971**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET, to Allison Rathmanner who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a dyed-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**

Tracking #: **0233373535**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Mythic Alpha, LLC.** was received by me on **7/20/2026:**

☐ I personally served the **Summons; Complaint; Civil Case Cover Sheet** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Lauren Irons**, who is designated by law to accept service of process on behalf of **Business Filings Incorporated, Registered Agent** at **2232 Dell Range Blvd Ste 200, Cheyenne, WY 82009-4942** on **07/20/2026 at 2:17 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 200.00** for services, for a total of **$ 200.00**.

I declare under penalty of perjury that this information is true.

Date: 07/22/2026

[signature]

*Server's signature*

**Willie Moore**

*Printed name and title*

**2213 Milatzo Ave**
**Cheyenne, WY 82007**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint; Civil Case Cover Sheet, to Lauren Irons who identified themselves as the person authorized to accept. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 6'0"-6'2" tall and weighing 140-160 lbs.**

Tracking #: **0233535282**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Flow, Inc - FTS Admin, LLC**
was received by me on **7/20/2026:**

☐ I personally served the **Complaint; Summons; Civil Case Cover Sheet** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Caroline Bowen**, who is designated by law to accept service of process on behalf of **Flow, Inc - FTS Admin, LLC** at **20 Montchanin Rd Ste 85, Wilmington, DE 19807-2179** on **07/20/2026 at 4:56 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 185.00** for services, for a total of **$ 185.00**.

I declare under penalty of perjury that this information is true.

Date: 07/20/2026

[signature]

*Server's signature*

**Nina Fullwood**

*Printed name and title*

**185 Fairhill Drive**
**Wilmington, DE 19808**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; Civil Case Cover Sheet, to Caroline Bowen who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses.**

Tracking #: **0233210843**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Bank of America Corporation** was received by me on **7/21/2026:**

☐ I personally served the **SUMMONS; CIVIL COVER SHEET; COMPLAINT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **The Corporation Trust Company**, who is designated by law to accept service of process on behalf of **Bank of America Corporation** at **Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801** on **07/22/2026 at 11:44 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 155.00** for services, for a total of **$ 155.00**.

I declare under penalty of perjury that this information is true.

Date: 07/22/2026

[signature]

*Server's signature*

**Nina Fullwood**

*Printed name and title*

**185 Fairhill Drive**
**Wilmington, DE 19808**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CIVIL COVER SHEET; COMPLAINT, to The Corporation Trust Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'-5'4" tall and weighing 160-180 lbs.**

Tracking #: **0233567809**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010-KMV**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **MegaCap Capital, LLC.**
was received by me on **6/29/2026:**

☐ I personally served the **CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; PLAINTIFFS' EXPEDITED MOTION & MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION BARRING SALE OF INTERESTS OR OTHER DISPOSITION OF ASSETS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **REGISTERED AGENT, INC.**, who is designated by law to accept service of process on behalf of **MegaCap Capital, LLC.** at **8 the Grn Suite A, Dover, DE 19901** on **06/29/2026 at 1:12 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 120.00** for services, for a total of **$ 120.00**.

I declare under penalty of perjury that this information is true.

Date: 06/29/2026

[signature]
*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy**
**Lewes, DE 19958**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, CIVIL CASE COVER SHEET; SUMMONS; COMPLAINT; PLAINTIFFS' EXPEDITED MOTION & MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR PRELIMINARY INJUNCTION BARRING SALE OF INTERESTS OR OTHER DISPOSITION OF ASSETS, to REGISTERED AGENT, INC., Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with a tattoo. Successfully served. Alyssa Daniels was the authorized individual.**

Tracking #: **0230099251**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-23010**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Wayaca, LLC.**
was received by me on **7/21/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Robin Walker**, who is designated by law to accept service of process on behalf of **Wayaca, LLC.** at **435 Bayshore Dr Unit 402, Fort Lauderdale, FL 33304** on **07/27/2026 at 11:34 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 141.00** for services, for a total of **$ 141.00**.

I declare under penalty of perjury that this information is true.

Date: 07/27/2026

*Server's signature*

**Anna Kayode**
*Printed name and title*

**609 S. W. 4th Avenue**
**Apartment 3**
**Fort Lauderdale, FL 33315**
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS, to Robin Walker who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact over 65 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with an accent.**

Tracking #: **0234221582**