**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

MARC J. GOLDNER, Goldner Blatt Investments, LLC, Rachel Korsen, Simon Divilov, Jasmine Garcia, and The Dharma Initiative, LLC,

Plaintiffs,

Case No. 1:26-cv-23010-DPG

v.

ELI M. BLATT, Megacap Capital, LLC, Megacap Funds, LP, Megacap Funds, LP – Tech Holding, Megacap Funds, LP – Tech I, Megacap Funds, LP – SpaceX I, Anthropos, LLC, Mythic Alpha, LLC, Thinkable, LLC, Michael Elkins, Wayaca, LLC, Flow, Inc., BitSource, LLC, JPMorgan Chase & Co., and Bank of America Corporation,

Defendants,
_______________________________________________/

**NOTICE OF APPEARANCE**

NOTICE is hereby given that KELSKY LAW, P.A., and Brad E. Kelsky, Esq., enter their Notice of Appearance for the following Defendants: Eli Blatt, Megacap Funds, LP; Megacap Funds, LP – Tech Holding; Megacap Funds, LP – Tech I; Megacap Funds, LP – SpaceX I; Anthropos, LLC; BitSource, LLC; Thinkable, LLC; Wayaca, LLC; and Mythic Alpha, and request that all pleadings, motions, orders, discovery and all other papers be furnished upon the undersigned at the following email addresses:

1. Brad E. Kelsky: bradkelsky@kelskylaw.com
2. Benjamin Kelsky: benkelsky@kelskylaw.com
3. Barbara Llinas: barbarallinas@kelskylaw.com

Respectfully submitted,

/s/ Brad E. Kelsky

BRAD E. KELSKY
Florida Bar No. 0059307
Kelsky Law, P.A.
150 S. Pine Island Road, Suite 300
Plantation, FL 33324
Telephone: 954-449-1400
Facsimile: 954-449-8986
Primary: bradkelsky@kelskylaw.com
Counsel for Defendants as per the above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF this 4th day of September 2026 to all counsel of record.

/s Brad E. Kelsky
BRAD E. KELSKY
FBN: 0059307