**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

MARC J. GOLDNER, Goldner Blatt Investments, LLC, Rachel Korsen, Simon Divilov, Jasmine Garcia, and The Dharma Initiative, LLC,

Plaintiffs,

Case No. 1:26-cv-23010-RKA

v.

ELI M. BLATT, Megacap Capital, LLC, Megacap Funds, LP, Megacap Funds, LP – Tech Holding, Megacap Funds, LP – Tech I, Megacap Funds, LP – SpaceX I, Anthropos, LLC, Mythic Alpha, LLC, Thinkable, LLC, Michael Elkins, Wayaca, LLC, Flow, Inc., BitSource, LLC, JPMorgan Chase & Co., and Bank of America Corporation,

Defendants,
_______________________________________________/

**DEFENDANT, ANTHROPOS, LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendant, ANTHROPOS, LLC, serves this Rule 7.1 Corporate Disclosure Statement as follows:

1. ANTHROPOS, LLC, has no parent company and no publicly held corporation owns 10% or more its units.

Respectfully submitted,

/s/ Brad E. Kelsky
BRAD E. KELSKY
Florida Bar No. 0059307
Kelsky Law, P.A.
150 S. Pine Island Road, Suite 300
Plantation, FL 33324
Telephone: 954-449-1400
Facsimile: 954-449-8986

Primary: bradkelsky@kelskylaw.com
Counsel for Defendant, Anthropos, LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF this 5th day of September 2026 as follows:

/s Brad E. Kelsky
BRAD E. KELSKY
FBN: 0059307