# Statement of Work – Investor Portal

SOW Unique Identifier: 000024811

This Statement of Work ("**SOW**"), adopts and incorporates by reference the terms and conditions of the Master Services Agreement (the "**Agreement**"), entered into by both Parties, between FTS Admin, LLC, a Delaware Limited Liability Company ("**Flow**") and **MegaCap** ("**Client**,"), as it may be amended from time to time. Flow and Client may each be referred to as a "Party" or, collectively, as the "Parties."

This SOW is effective beginning on the date set forth on the signature page hereof ("**SOW Effective Date**") and will remain in effect until it expires or is earlier terminated in accordance with this SOW. Services delivered and Deliverables furnished under this SOW will be rendered in accordance with and be subject to the terms and conditions of this SOW, the Agreement, and any related schedules and exhibits. The Parties agree that if there is any conflict between the terms and conditions of the Agreement and the terms and conditions of any SOW, the terms and conditions of this SOW shall supersede and control.

This SOW shall constitute a Purchase Order which, when countersigned by Flow, shall form a binding contract by Client to purchase the Services and Deliverables upon the terms and conditions contained in this SOW. The obligations of Client under this SOW are separate from and independent of, obligations under any other SOW binding between the Parties.

Capitalized terms used but not defined in this SOW shall have the meanings set out in the Agreement. It is acknowledged and agreed that the various obligations of Flow under this SOW may be performed by Flow, an affiliate thereof, or if appropriate, by one or more third Parties engaged by Flow on behalf of Client.

1. Defined Terms. For purposes of this SOW, the following terms shall have the following meanings:

   a. **Activation Date** means the SOW Effective Date set forth. In the event that Client has ordered Investor Onboarding and Investor Portal, the Activation Date means the earliest date upon which Client furnishes to Flow final versions of all Fund Documents to be used for Investor Onboarding purposes.

   b. **Services Fees** means the fees set forth in this SOW's Fee Schedule payable to Flow by Client on an annual basis as of the Effective Date (for Flow Investor Portal only) or Activation Date (for Flow Investor Portal with Investor Onboarding or Additional Services) or as otherwise provided herein.

2. **Services**. Client agrees to purchase the following Services as described in Schedule A to the Agreement (Check all that apply):

   X  Investor Portal

   __  Investor Onboarding

__ Additional Services and/or other terms (if any):

3. **<u>SOW Term</u>.** Unless otherwise provided in the Fee Schedule of this SOW, the Term of this SOW shall be as follows:

   a. <u>Initial Term</u>. The term of this SOW (the "Initial Term") commences on this SOW Effective Date and continues thereafter for a minimum period of one (1) year, unless sooner terminated pursuant to the terms set forth herein. In the event that Client has ordered Investor Onboarding and Investor Portal, the initial SOW Term shall commence on the Activation Date and continue thereafter for a minimum period of two (2) years.

   b. <u>SOW Renewal Term(s)</u>. Upon expiration of the Initial SOW Term, this SOW shall automatically renew for additional successive annual one (1) year terms unless either Party provides written notice of expiration to the other Party at least thirty (30) days prior to the end of the then-current term (the "SOW Renewal Term"), unless earlier terminated pursuant to the terms set forth herein (the Initial SOW Term and SOW Renewal Term, constituting the "Term" of this SOW).

   c. <u>Terms of Renewal or Extension</u>. If the Term is renewed for any Renewal Terms pursuant to this Section, the terms and conditions of this SOW during each such Renewal Term shall be the same as the terms and conditions in effect immediately prior to such renewal unless otherwise agreed to by both Parties, subject to any change in the fees/amounts payable hereunder by Client during the applicable Renewal Term as set forth in this SOW.

   d. <u>Amendment of SOW</u>. This SOW may only be amended, modified or supplemented by an agreement in writing signed by both Parties hereto, and such amendment shall not alter the other terms of the Agreement or any other SOW unless agreed to by both Parties expressly in writing.

   e. <u>Termination of SOW</u>. Flow may terminate this SOW pursuant to Section 19.2 of the Agreement at any time during the Term of this SOW upon written notice to Client. Either Party may terminate this SOW at any time following the Initial Term by providing at least thirty (30) days prior written notice to the other Party. Upon termination, Client shall reimburse Flow for its Expenses and reasonable costs of labor for Services performed up until the effective date of such termination.

   f. <u>No Effect on Sums Due to Flow</u>. No expiration or termination of this SOW will affect Client's obligation to pay all Service Fees, Expenses, Taxes or Interest that became due on or before such expiration or termination. Payments of Service Fees are not refundable nor are they subject to deduction or setoff against other sums due to Flow by Client.

4. **<u>Schedule for Delivery of the Services</u>**. The Services shall be delivered throughout the Term, beginning on the Activation Date as provided in the Documentation for the Services.

5. **<u>Deliverables to Be Furnished with Services</u>**. The Deliverables to be furnished during the Term are set out (as to each of the Services) in Schedule A to the Agreement.

6. **Fee Schedule**. Client agrees to pay the Service Fees set forth in the fee schedule ("Fee Schedule") below for the Services specified in this SOW for **MegaCap Funds, LP - Tech I** (subject to change as Client designates in writing with notice to Flow from time to time):

| **Product** | **Term** | **Annual Price** |
|---|---|---|
| *Investor Portal* | *1 year* | $0.00 |
| | | |
| | | |
| | **Initial Amount Due:** | $0.00 |

*Flow is entitled to adjust the amounts of the Services Fee to take account of its own costs and developments. Any such adjustments shall be communicated by Flow to Client in advance.*

7. **Payment Terms**. Unless otherwise specified in the Fee Schedule to this SOW, Client agrees to make timely payment according to the following:

    a. Service Fees.

        i. On or before the Activation Date set forth in this SOW, Flow shall issue an invoice as a payment of the Initial Term of one (1) year of the Services set forth in this SOW (for Investor Portal only). In the event that Client has ordered Investor Onboarding and Investor Portal, upon the Activation Date, Flow shall issue an invoice for payment by Client of the Initial Term of two (2) years of the Services set forth in this SOW.

        ii. Client shall pay such invoices within fifteen (15) days of the invoice issuance dates of each invoice pursuant to the terms of the Agreement. Client understands and accepts that this upfront payment of any and all fees set forth in the Fee Schedule for the Initial Term of this SOW shall be nonrefundable.

        iii. Thereafter, Flow shall issue an invoice on each subsequent anniversary date of the Activation Date whereby Client shall pay Flow the Services Fee set out in the Fee Schedule each year until the date of termination of this SOW.

    b. Unless otherwise agreed to by both Parties as set forth in this SOW, Client shall pay all invoices in accordance with the terms set forth in the Agreement.

8. Support. Standard Support (and Service Fees related thereto) is included in stated Service Fees.

9. Other SOW-Specific Terms and Conditions. The Parties hereby agree to the additional terms and conditions set forth above in Section 2 of this SOW (if any).

IN WITNESS WHEREOF, the Parties hereto have executed this SOW as of the SOW Effective Date below.

**SOW Effective Date:** 3/1/2023

**CLIENT**
Megacap Capital, LLC

DocuSigned by:
Eli Blatt
**By**: B29BA9EA4DE9486...

**Name**: Eli Blatt

**Title**: Managing Member

**FLOW**

FTS Admin, LLC

DocuSigned by:
Alex Bakir
**By**: 884E4AB42D15463...

**Name**: Alexander Bakir

**Title**: Senior Vice President of Operations